

PURPLE HEART FOREVER USA 2012

PURPLE HEART FOREVER USA 2012

PURPLE HEART FOREVER USA 2012

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

c/o: Clerk of the Court

To: United States Courthouse

921 Ohio Street Room 104
Terre Haute, IN. 47801

RECEIVED
JUL 1 9 2013
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Billy Allen
26901-044
P.O. Box 33
Terre Haute, IN
47808

**Federal Correctional Complex**
**Terre Haute, IN 47802**
Date: _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

JUL 1 7 2013

Case 2:13-cv-00271-JMS-MJD   Document 1-1   Filed 07/19/13   Page 2 of 2 PageID #: 11