**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

BILLIE ALLEN,                                    )
                                                 )
                          Petitioner,            )
         vs.                                     )         No. 2:13-cv-0271-JMS-MJD
                                                 )
WARDEN, Federal Correctional Complex,            )
                                                 )
                          Respondent.            )

**Entry and Order to Show Cause**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.      A copy of the petition for writ of habeas corpus shall be **included** with the petitioner's copy of this Entry.

2.      The petitioner shall have **through August 27, 2013**, in which to either pay the $5.00 filing fee or demonstrate that he lacks the financial means to do so.

3.      The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. ' 2241. This material has been scanned into the court=s electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

4.      The respondent shall have **through August 16, 2013,** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **thirty (30) days after service of the answer** in which to reply.

5.      The petitioner shall promptly notify the court if he seeks the appointment of counsel to represent him in this action.

6.      Each party is obligated to promptly notify the court if petitioner's execution date is set while this litigation is pending.

         **IT IS SO ORDERED.**

Date:

Distribution:

Billie Allen
Reg. No. 26901-044
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048