8/2/13

Judge Magnus-Stinson,

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2013 AUG -7 PM 4: 06

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

How are you? My name is Billie Allen and I'm writing in response to the court's most recent ruling on the issue that I presented to the court, where the court stated that if i wanted to seek appointed counsel that I should make the court aware of it as soon as possible.

This is a motion asking if the court would allow me to have counsel appointed to my case to assist me with further filings.

I have reached out to the Indiana Federal Community Defenders, to attorney Joseph M. Cleary from that office and he advised me that if this court was to appoint him to my case at this time, he would take the appointment. I am okay with the appointment if this court would allow it.

Thanks for the courts time in this matter.

Take Care,

Billie Allen



RECEIVED
AUG 7 2013
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA