Case 2:13-cv-00271-JMS-MJD   Document 4-1   Filed 08/07/13   Page 1 of 1 PageID #: 16



Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN,
47808

RECEIVED

AUG 0 6 2013

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Legal Mail

TO: Judge Magnus-Stinson
%: Clerk of The Court
921 Ohio Street Room 104
Terre Haute, IN, 47807

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807373829