UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:13-cv-271-JMS-MJD |
| | ) | |
| J. F. CARAWAY, Warden. | ) | |
| | ) | |
| Respondent. | ) | |

**APPEARANCE**

Comes now Joseph H. Hogsett, United States Attorney for the Southern District of

Indiana, and enters his appearance as counsel for J.F. Caraway, Warden, at Terre Haute, Indiana.

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney

By: s/Gerald A. Coraz
Gerald A. Coraz
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2013, a copy of the foregoing was mailed, by first

class U.S. Mail, postage prepaid and properly addressed to the following:

Billie Allen
Reg. No. 26901-044
Federal Correctional Complex
P. O. Box 33
Terre Haute, IN 47808

s/Gerald A. Coraz
Gerald A. Coraz
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333