UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 2:13-cv-00271-JMS-MJD |
| WARDEN FCC Terre Haute, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Granting Motion for Appointment of Counsel.**

In order to proceed effectively under the present circumstances, the Court finds that it is in the interests of justice that counsel be appointed for the petitioner. This step is authorized by 18 U.S.C. § 3006A(a)(2)(B), among other statutes.

The Federal Community Defender is **appointed** as counsel for the petitioner, Billie Allen. This appointment is limited in both scope and duration. The appointment if for the limited purpose of representing the petitioner through a ruling on the respondent's motion to dismiss filed on August 14, 2013.

The petitioner's motion for appointment of counsel [dkt 4] is **granted** to the extent consistent with the foregoing.

Date: ___08/16/2013___

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

BILLIE  ALLEN
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Federal Community Defender