**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| BILLIE ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )No. 2:13-cv-00271-JMS-MJD |
| | ) |
| WARDEN FCC Terre Haute, | ) |
| | ) |
| Respondent. | ) |

### APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Joseph M. Cleary, Indiana Federal

Community Defenders, Inc., as attorney for the Defendant.

Dated: August 20, 2013

> */S/Joseph M. Cleary*
> Joseph M. Cleary
> Indiana Federal Community Defenders, Inc.
> 111 Monument Circle, Ste. 752
> Indianapolis, IN 46204-5172
> (317) 383-3520
> Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Gerald Coraz, gerald.coraz@usdoj.gov

> */S/ Joseph M. Cleary*
> Joseph M. Cleary