To The Clerk Of The Court,

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

My name is Billie Allen and this Motion for addressing
the court's filing costs and my inability to pay because of our limited resources and
the fact that I don't have a job or an incoming income.

2013 AUG 20 PM 2:56

DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

The only money that I receive is from family and/or friends and that is barely enough
to sustain my everyday living in prison. I'm not allowed to have a job and I am neither
allowed to run a business or make a sell of things in prison, leaving me to rely only
only family and/or friends to help me when their finances allow. I plea for this court
to understand my situation and that it would understand that my inability to pay for
court cost(s) is also another reason why I'd like the assistance of counsel; because
I'm unable to afford one myself, and do to the complexity of the issue that I've raised
with this court, I feel that I need the assistance of counsel and a parden from court
cost(s)....

I pray for the courts understanding on both issues.

Thank you!

_Billie Allen_ (signature)

Billie Allen
26901-044
P.O. BOX 33
Terre Haute, IN.
47808

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2013 AUG 20 PM 2:52
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK