Case 2:13-cv-00271-JMS-MJD    Document 9-1    Filed 08/20/13    Page 1 of 1 PageID #: 72



Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN,
47808

Legal Mail

TO: Clerk of the U.S. District Court
921 Ohio Street   Room 104
Terre Haute, IN, 47807

RECEIVED

AUG 19 2013

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

47807373829

INDIANAPOLIS IN 460
16 AUG 2013 PM 4 L

INMATE
IDENTIFICAT
CONFIRI

UNITED STATES MARSHAL
PACKAGE SCREENED
X-RAY/MAGNETOMETER