**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 2:13-cv-0271-JMS-MJD |
| | ) | |
| WARDEN, Federal Correctional Complex, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

The petitioner's request to proceed *in forma pauperis* [dkt. 9] is **granted.**

IT IS SO ORDERED.

Date:  08/23/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Billie Allen
26901-044
TERRE HAUTE – USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN  47808

Electronically Registered Counsel