**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

BILLIE ALLEN,                              )
                                           )
            Petitioner,                    )
                                           )
      v.                                   )           2:13-cv-00271-JMS-MJD
                                           )
WARDEN FCC Terre Huate,                    )
                                           )
            Respondent.                    )

**ORDER ON MOTION TO EXTEND TIME TO FILE REPLY TO**
**GOVERNMENT'S RESPONSE TO AMENDED MOTION TO VACATE, SET**
**ASIDE, OR CORRECT SENTENCE (2241)**

This matter is before the Court upon Motion to Extend the Time to File

Reply to Government's Response to Amended Motion to Vacate, Set Aside, or

Correct Sentencing (2241), and the court being duly advised, now finds that the

Motion should be GRANTED for the reasons set forth in defendant's Motion.

The court therefore ORDERS that the date to file a reply shall be and

hereby is extended to and included _____, 2013.

Dated: _____           _____
                                       HON. JANE MAGNUS STINSON
                                       DISTRICT JUDGE

Distribution to all registered counsel via electronic notification