**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

BILLIE ALLEN,                                          )
                                                       )
                    Petitioner,                        )
           vs.                                         )       No. 2:13-cv-0271-JMS-MJD
                                                       )
WARDEN, Federal Correctional Complex,                  )
                                                       )
                    Respondent.                        )

**E N T R Y**

The petitioner's motion for extension of time [dkt. 11] is **granted**. The petitioner shall

have **through October 11, 2013**, in which to reply.

**IT IS SO ORDERED.**

Date: _____09/18/2013_____

Distribution:                                    Hon. Jane Magnus-Stinson, Judge
                                                 United States District Court
Electronically Registered Counsel                Southern District of Indiana