**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| BILLIE ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:13-cv-00271-JMS-MJD |
| | ) |
| WARDEN FCC Terre Haute, | ) |
| | ) |
| Respondent. | ) |

**MOTION TO EXTEND TIME TO FILE REPLY TO GOVERNMENT'S**
**RESPONSE TO AMENDED MOTION**
**TO VACATE, SET ASIDE, OR CORRECT SENTENCE (2241)**

Petitioner Billie Allen, by counsel Joseph M. Cleary, and Indiana Federal Community Defenders, respectfully moves the Court to extend the time period for filing of a reply to the Government's response to Mr. Allen's amended motion under § 2241, and in support states:

1.    On July 19, 2013, Mr. Allen filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.

2.    On August 14, 2013, the Government filed its response.

3.    Mr. Allen's 2255 is still pending in the Eastern District of Missouri.

4.    Counsel was able to speak with Mr. Allen by telephone on September 19, 2013. With due diligence and giving proper attention to the preparation of the Reply, undersigned counsel does not believe the Reply can be completed before October 11, 2013. Counsel believes that an extension of 30 days would be sufficient.  One prior extension has been sought.

5.      Counsel was unable to reach  Assistant United States Attorney Gerald Coraz.  Based on prior discussions with Mr. Coraz counsel believes that he would not object to the continuance sought herein.

**WHEREFORE**, Defendant requests an extension, in which to file the Reply.

Dated: October 8, 2013

s/Joseph M. Cleary
Joseph M. Cleary
Indiana Federal Community Defenders
111 Monument Circle, Ste. 752
 Indianapolis, IN. 46204-5172
(317) 383-3520
Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gerald Coraz, gerald.coraz@usdoj.gov

/S/ Joseph M. Cleary
Joseph M. Cleary