**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

BILLIE ALLEN,                                    )
                                                 )
                    Petitioner,                  )
    vs.                                          )        No. 2:13-cv-0271-JMS-MJD
                                                 )
WARDEN, Federal Correctional Complex,            )
                                                 )
                    Respondent.                  )

**E N T R Y**

The petitioner's motion for extension of time [dkt. 14] is **granted**. The petitioner shall

have **through November 11, 2013**, in which to reply to the respondent's return to order to show

cause.

    **IT IS SO ORDERED.**


Date _____10/09/2013_____

Distribution:                                    Hon. Jane Magnus-Stinson, Judge
                                                 United States District Court
Electronically Registered Counsel                Southern District of Indiana