**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

BILLIE ALLEN,                                          )
                                                      )
                    Petitioner,                       )
                                                      )
          v.                                          )No. 2:13-cv-00271-JMS-MJD
                                                      )
WARDEN FCC Terre Haute,                               )
                                                      )
                    Respondent.                       )

**MOTION TO WITHDRAW PETITIONER'S MOTION**
**FILED UNDER 28 U.S.C. § 2241**

Petitioner Billie Allen, by counsel Joseph M. Cleary, and Indiana Federal

Community Defenders, respectfully moves the Court to withdraw  Petitioner's

motion filed under 28 U.S.C. § 2241 without prejudice.  Counsel has been

meeting and consulting with Mr. Allen.  Counsel was able to speak with Mr. Allen

by telephone on November 8, 2013 and Mr. Allen has decided he would like to

withdraw his motion without prejudice.

Dated: November 8, 2013

                              /S/Joseph M. Cleary
                              Joseph M. Cleary
                              Indiana Federal Community Defenders, Inc.
                              111 Monument Circle, Ste. 752
                              Indianapolis, IN 46204-5172
                              (317) 383-3520

CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gerald Coraz, gerald.coraz@usdoj.gov

/S/ Joseph M. Cleary
Joseph M. Cleary