## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

BILLIE ALLEN,                                )
                                             )
            Petitioner,                      )
                                             )
      v.                                     ) 2:13-cv-00271-JMS-MJD
                                             )
WARDEN FCC Terre Haute,                      )
                                             )
            Respondent.                      )

### ORDER ON MOTION TO WITHDRAW PETITIONER'S MOTION FILED UNDER 28 U.S.C. § 2241

This matter is before the Court upon Motion to Withdraw Petitioner's

Motion Filed Under 28 U.S.C. § 2241 without prejudice, and the Court, being

duly advised, now finds that the Motion should be **GRANTED.**

      **IT IS THEREFORE ORDERED** that the Petitioner's Motion Filed Under 28

U.S.C. § 2241 be withdrawn without prejudice.

Dated: _____              _____
                                   HON. JANE MAGNUS STINSON
                                   DISTRICT JUDGE

Distribution to all registered counsel via electronic notification