**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

BILLIE ALLEN,                                    )
                                                 )
                    Petitioner,                  )
        vs.                                      )        No. 2:13-cv-0271-JMS-MJD
                                                 )
WARDEN, Federal Correctional Complex,            )
                                                 )
                    Respondent.                  )

**ENTRY GRANTING MOTION TO WITHDRAW PETITION**

The motion to withdraw petitioner's petition [dkt. 17] is **granted**. Petitioner's petition shall be dismissed without prejudice. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date _____

Distribution:

Electronically Registered Counsel