**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| BILLIE ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 2:13-cv-0271-JMS-MJD |
| | ) | |
| WARDEN, Federal Correctional Complex, | ) | |
| | ) | |
| Respondent. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: _____

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Electronically Registered Counsel