Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN.
47808

**RECEIVED**

NOV 30 2016

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

TO: Clerk of Court

United States Courthouse
921 Ohio Street, Room 104
Terre Haute, IN. 47801

INDIANAPOLIS IN 460

28 NOV 2016 PM 7 L

UNITED STATES MARSHAL
PACKAGE SCREENED
X-RAY/MAGNETOMETER

47807-373829