**FILED**

**12:42 pm, Jul 22, 2020**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,
                    Petitioner

        v

WARDEN, FCC., TERRE HAUTE,
                    Respondent.

Case# 2:13-cv-00271-JMS-MJD

---

## MOTION FOR APPOINTMENT OF COUNSEL

In the interest of justice, I, Petitioner Billie Jerome Allen, pro se, plea with this Court for its aid and/or assistance in receiving the appointment of counsel in the aftermentioned matter.

## FACTS TO SUPPORT THE COURT GRANTING MOTION

On July 19, 2013, I would file a 2241 motion, pro se, challenging the unconstitutionality of my custody, confinement, conviction, and the continued execution of my unconstitutional sentences.

I would file the motion pro se, because at the time, my "counsel of record", refused to help me with the filing, and presenting the claim to this Court. And dispite my inexperience with the law at the time, I did my best to inform the Court of the substance of my issue and tried to show the Court that I wasn't wasting its time. Then, realizing that the issue was complexed, and that I wouldn't be able to properly present the issue on my own, I would ask this Court to appoint me counsel.

On Aug. 14, 2013, dispite my having counsel, this Court would grant my motion for the appointment of counsel, and appoint Joseph Clearly from the Indianapolis Public Defender's Office to help me present my claim.

But upon Mr. Clearly's appointment to my case, without him trying to grasp the full substance of my claim and the evidence to support it, he would tell me that I should withdraw it. Doing so without explaining why. But, with his continuous pushing for me to withdraw the motion, and me not being able to present the claim on my own, I would give him the okay to withdraw the motion. Doing so, though I wanted to continue.

Since then, I've continued to ask "counsel of record" to look at the issue, look at the record, and see that the claim has merit and is worth filing. But I have and continue to be met with, "we will look into it." Yet, there has been little progress moving forward with the issue.

## EXTRAORDINARY CIRCUMSTANCES

Over the last several years, I've taken it upon myself to learn the law, so that I couls at least show this Court that my claim has merit and that I deserve relief. But while doing so, I have and continue to suffer from medical issues, which have kept me in and out of the hospital; sometimes for days; weeks, months; and there have been times as of recent when I've had to be admitted to the I.C.U.). But I never stopped trying to learn the law, and I never stopped asking counsel for their help.[1]

## APPOINTMENT OF COUNSEL

I need the asistance of counsel moving forward, and because Mr. Clearly, from the start was against helping me, and my attorneys don't seem interested in helping me, I am asking this Court, I am pleading with this Court to just look over my motion, see that it has merit, and then decide whether or not the Court feels that I deserve the help that I am looking for.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Billie J. Allen
P.O. Box 33
Terre haute, IN.
47808

---

1. If this Court feels that a conference call between myself, this Court and counsel is needed before the Court determines whether or not I should be able to go forward, and/or counsel is appointed, then I welcome the Court's guidance on this issue.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BILLIE ALLEN,<br><br>        Petitioner,<br><br>      vs.<br><br>WARDEN FCC Terre Haute,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)   No. 2:13-cv-00271-JMS-MJD<br>)<br>)<br>) |

**Order Granting Motion for Appointment of Counsel.**

In order to proceed effectively under the present circumstances, the Court finds that it is in the interests of justice that counsel be appointed for the petitioner. This step is authorized by 18 U.S.C. § 3006A(a)(2)(B), among other statutes.

The Federal Community Defender is **appointed** as counsel for the petitioner, Billie Allen. This appointment is limited in both scope and duration. The appointment if for the limited purpose of representing the petitioner through a ruling on the respondent's motion to dismiss filed on August 14, 2013.

The petitioner's motion for appointment of counsel [dkt 4] is **granted** to the extent consistent with the foregoing.

Date: 08/16/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana