Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN.
47808



INMATE
IDENTIFICATION
CONFIRMED

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER



US OFFICIAL MAIL >> PENALTY FOR PRIVATE USE $300

PITNEY BOWES

ZIP 47802   $ 000.00⁰
02  1W
0004887589



UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4293 0893 88

Label 400  Jan. 2013
7690-16-000-7848

To: Hon. Judge Jane Magnus-Stinson
To: Clerk of the U.S. District Court
       105 U.S. Courthouse
       46 East Ohio Street
       Indianapolis, IN. 46204

RECEIVED

JUL 17 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



Legal Mail