UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED

12:35 pm, Jul 22, 2020

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

BILLIE J. ALLEN,
        Petitioner

-v-

WARDEN, FCC., TERRE HAUTE,
        Respondent.

Case# 2:13-cv-00271-JMS-MJD

## MOTION TO RETURN TO SEEK LEAVE TO PROCEED IN FORMA PAUPERIS

I, Petitioner Billie Allen, pro se, seek leave to proceed in forma pauperis to file the attached motion, any motions thereafter, petition, and/or necessary filings without payment of costs, because of my poverty, and in the interest of justice.

I submit that over the last 23 years; since my arrest, I have been granted leave to proceed in forma pauperis in "all" of my proceedings, because of my poverty, in;

1. Southern District of Indiana; Terre haute Division, pursuant to 18 U.S.C. 3006A(a)(2)(B), and 18 U.S.C. 3599(a)(2). See (S.D. IN. Case# 2:13-cv-00271-JMS-MJD Doc#7)(continuour).

2. Eastern District of Missouri; Eastern Division, pursuant to 18 U.S.C. 3006A(a)(2)(B), and 18 U.S.C. 3599(a)(2). See(E.D. Mo. Case# 4:07-cv-00027-ERW Doc. 10).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on: _____7/8/20_____, 2020.

BILLIE ALLEN 26901-044
P.O. BOX 33
TERRE HAUTE, IN. 47808

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager

WITNESS